NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RONALD L. VOGLEWEDE,**
*Appellant,*

v.

**WOOK YONG LEE, EUI YEOP CHUNG, SEUNG HWAN OH, MYUNG RYUL LEE, CHANG HO SEO, SEONG JAE KIM, AND SUNG HOON CHUNG,**
*Appellees.*

---

2012-1382
(Interference No. 105,711)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Ronald L. Voglewede's unopposed motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

RONALD VOGLEWEDE v. WOOK YONG LEE                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

Issued As A Mandate: ___**OCT 1 1 2012**_____